WARREN BENNING, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendants. (Action No. 1.) RYAN CRANE AND SHOVEL SERVICE, INC., Third-Party Plaintiff, v. RALPH TOMASETTI et al., Doing Business as T. & T. CONTRACTING Co., et al., Third-Party Defendants. (Third-Party Action No. 1.) CITY OF NEW YORK, Third-Party Plaintiff-Appellant, v. SALVATORE TOMASETTI et al., Doing Business as T. & T. CONTRACTING Co., Third-Party Defendants-Respondents. (Third-Party Action No. 2.) —

In our opinion, the

supervision by the city was solely for the purpose of assurance that the contract was being performed. (*Uppington* v. *City of New York*, 165 N. Y. 222.) Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.